THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY EVANS, Appellant.

Argued December 2, 1941; decided January 8, 1942.

*Michael E. Rosenstein* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Benjamin Heffner* and *M. Perry Dawson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.